**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No.  12-cr-00324-REB-01

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  SALVADOR CORREA,

      Defendant.

---

### ORDER APPROVING JUROR QUESTIONNAIRE

---

**Blackburn, J.**

The attached **Juror Questionnaire** is approved for use in the trial of this case.

**THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

Dated June 25, 2013,  at Denver, Colorado.

                                            **BY THE COURT:**

                                            */s/ Robert E. Blackburn*
                                            Robert E. Blackburn
                                            United States District Judge