**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00324-REB-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SALVADOR CORREA,

    Defendant.

---

## MINUTE ORDER[1]

---

    On December 5, 2014, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel and with their consent,

    **IT IS ORDERED** that on January 21, 2015, commencing at 11:00 a.m, the court shall conduct the change of plea hearing for this defendant at which time counsel and the defendant shall be present without further notice or order from the court.

    Dated: December 5, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.